No. 81–6390.   GRIFFIN *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 81–6398.   GAINES *v.* SMITH, ATTORNEY GENERAL, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 81–6418.   WARD *v.* MACDOUGALL ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 81–6442.   STRAGER *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 81–6443.   PARCELL *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 81–6451.   TOLERTON *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 81–6452.   MAYO *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 81–6455.   FLOWERS *v.* SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 81–6465.   MCBEE *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 81–907.   MARTINO *v.* UNITED STATES.   C. A. 11th Cir.   Motion of petitioner to strike brief in opposition denied. Certiorari denied.

No. 81–1291.   MARYLAND *v.* BRYANT.   Ct. Sp. App. Md.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 81–1659.   WATKINS, COMMISSIONER, MISSISSIPPI DE-PARTMENT OF CORRECTIONS, ET AL. *v.* WASHINGTON.   C. A. 5th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.